UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/07/26___
```

JENNIFER LOPEZ, *on behalf of herself and
on behalf of her minor child J.L.,*

           Plaintiff,

    -against-

CITY OF NEW YORK, *et al.,*

           Defendants.

25-CV-6022 (LAK) (BCM)

**ORDER MODIFYING CASE
MANAGEMENT SCHEDULE**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties at the May 7, 2026 status conference, the Court modifies the case management schedule (Dkt. 22) as follows:

1.     Fact Discovery: The deadline to complete all outstanding fact discovery is EXTENDED to **June 30, 2026.**

2.     Expert Discovery: The deadline to disclose affirmative expert evidence is EXTENDED to **July 30, 2026**. The deadline to disclose rebuttal expert evidence is EXTENDED to **August 28, 2026**. The deadline to complete all remaining expert discovery, including expert depositions, is EXTENDED to **September 30, 2026**.

3.     Close of Discovery: All discovery must be completed no later than **September 30, 2026**.

4.     Summary Judgment or Joint Pretrial Order: Summary judgment motions, or in the absence of any such motions, the parties' proposed joint pretrial order, must be filed no later than **October 30, 2026** (30 days after the close of all discovery).

5.     Status Conference: Judge Moses will conduct a status conference on **June 29, 2026 at 11:00 a.m.** in Courtroom 20A, 500 Pearl Street, New York, New York 10007. No later than **June 22, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as the outcome of any settlement efforts.

2

If no discovery or scheduling controversies exist at that time, the parties may request that the conference be held telephonically.

6.      Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 22) remain in effect.

Dated: New York, New York        **SO ORDERED**.
         May 7, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2