[WF] Wertheimer Fleder

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 07/07/26

June 30, 2026

**VIA ECF**

**MEMO ENDORSED**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, New York 10007

**Re: Lopez v. City of New York, No. 1:25-cv-06022 (LAK) (BCM)**

Dear Judge Moses:

Our firm represents the Plaintiff Jennifer Lopez, individually and on behalf of her minor child J.L., in the above-referenced action. I write, on consent of Defendants' counsel, David Thayer, of the New York City Law Department, to respectfully request a brief extension of Plaintiff's deadline to serve her affirmative expert report, from September 18, 2026 to September 30, 2026.

Following the status conference held yesterday, I contacted the forensic psychologist I intend to retain to conduct evaluations of Ms. Lopez and her son in connection with the damages component of Plaintiff's case. The expert has advised that, in light of her current schedule, she is able to undertake the engagement and to complete the necessary interviews of mother and child and finalize her report only if the deadline is extended to the end of September. A short extension of the report deadline to September 30, 2026 would permit Plaintiff to retain this expert and obtain the evaluations that are central to proving damages.

The requested extension is sought in good faith and not for purposes of delay, and Plaintiff does not anticipate that it will require modification of any other deadline in the Court's case management schedule.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Mara Fleder
Mara Fleder
WERTHEIMER FLEDER LLP
14 Wall Street, Suite 4C
New York, New York 10005
(646) 344-4212
mara@wfllp.com
Attorney for Plaintiff

cc: David S. Thayer, Esq. (via ECF)

Application GRANTED. The Clerk of Court is respectfully directed to close the motion at Dkt. 34, as well as the motion at Dkt. 25, which was previously closed by Dkt. 26. SO ORDERED.

/s/ Barbara Moses

**Barbara Moses**
**United States Magistrate Judge**
**July 7, 2026**