MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 07/23/26

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

July 22, 2026

***Via ECF***

The Honorable Barbara C. Moses
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Lopez, *et al.* v. City of New York, *et al.*, No. 25 CV 6022 (LAK)(BCM)**

Dear Magistrate Judge Moses:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants in the above-referenced action. Jointly with Plaintiffs' counsel, I write to update the Court and to respectfully request an extension of the deadline for the end of fact discovery from July 24, 2026, to August 14, 2026.

Since the parties last appearance with the Court, they have continued to finalize fact discovery; one of the Defendants has been deposed, Plaintiff's deposition is scheduled to move forward tomorrow, and Plaintiff's counsel has also served a supplemental request for production, as well as has identified certain prior responses that she believes are deficient. The parties' counsel are working collaboratively to handle those matters. Additionally, one of the Defendants has been unexpectedly unavailable, but we have tentatively rescheduled her deposition for July 29, 2026. With these outstanding discovery matters, the parties respectfully request an extension of the fact discovery deadline to August 14, 2026. The parties also respectfully request a concomitant 3-week extension of the expert discovery deadlines.

At the same time, the parties are continuing to pursue settlement. After further conversations with supervisors at the Law Department about whether an offer could be extended sooner, it has been made clear that the size of any request for authority (and any authorized offer) in this action, particularly given the present demand, must depend on Plaintiff's testimony at her deposition, so Defendants' counsel intends to seek such authority from the Office of the

Comptroller shortly after that deposition is completed. With that in mind, the current settlement conference is set for July 30, 2026, and the parties are concerned that the time between the Plaintiff's deposition one week before and the conference is too compressed and may risk an unproductive settlement conference, without the opportunity for the parties to discuss an offer beforehand—if authority can even be secured that quickly. Additionally, the deadline for the parties' *ex parte* submissions—on the same day as Plaintiff's deposition—similarly presents timing that may complicate productive discussions. With that in mind, the parties have conferred with the Court's deputy and respectfully request an adjournment of the settlement conference to August 10, 2026, at 2pm, and a concomitant extension of the deadline for their *ex parte* submissions.

This is the parties' third request for the extension of fact discovery, the first having been granted on May 7, 2026, and the second on June 29, 2026. This is the parties' first request for an adjournment of the settlement conference.

The parties thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via ECF***
All counsel of record

Application GRANTED.

1. The deadline to complete fact discovery is EXTENDED to **August 14, 2026**. The deadline to disclose affirmative expert evidence is EXTENDED to **October 9, 2026**. The deadline to disclose rebuttal expert evidence is EXTENDED to **November 6, 2026**. The deadline to complete all remaining expert discovery, including expert depositions, is EXTENDED to **December 11, 2026**. All discovery must be completed no later than **December 11, 2026**. Summary judgment motions, or in the absence of any such motions, the parties' proposed joint pretrial order, must be filed no later than **January 11, 2027** (30 days after the close of all discovery). All other provisions of the Court's January 21, 2026 Initial Case Management Order (Dkt. 22) remain in effect. No further extensions of these deadlines will be granted absent compelling circumstances.

2. The settlement conference previously scheduled for July 30, 2026, is hereby ADJOURNED to **August 10, 2026**, at **2:00 p.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 33, ¶ 3, 4), no later than **August 3, 2026**. All other provisions of the Court's June 29, 2026 Order Scheduling Settlement Conference (Dkt. 33) remain in effect.

SO ORDERED.

Barbara Moses
United States Magistrate Judge
July 23, 2026