USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 08/04/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER LOPEZ, *on behalf of herself and on behalf of her minor child J.L.*,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-6022 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As a precondition to the settlement conference scheduled for August 10, 2026, the Court directed the parties to conduct at least one "good-faith settlement discussion, in person or by telephone," and required that each party "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 33) at ¶ 2. The Court has received and reviewed the parties' confidential settlement letters. The letters reveal that one of the parties has not yet conveyed any settlement demand or offer.

Consequently, the parties must again meet and confer, in real time, and **exchange at least one good-faith settlement demand or offer**. No later than **August 6, 2026**, at **5:00 p.m.**, the parties must submit a joint confidential settlement update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, marked "Confidential Material for Use Only at Settlement Conference." The letter must confirm that the parties met and conferred as required, and describe the terms of each party's most recent demand or offer.

Dated: New York, New York
August 4, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**