USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 08/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER LOPEZ, *on behalf of herself and on behalf of her minor child J.L.*,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-6022 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's settlement conference, defendants must communicate their next settlement offer directly to plaintiff's counsel no later than close of business on **August 11, 2026**. Plaintiff must respond directly to defendants' counsel no later than close of business on **August 14, 2026**. The parties must then submit a joint confidential letter to chambers by email, no later than **August 24, 2026**, updating the Court as to the parties' most recent settlement positions, and advising whether the parties believe that a mediator's proposal from this Court would be productive.

Dated: New York, New York
August 10, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**