USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/03/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER LOPEZ, *on behalf of herself and on behalf of her minor child J.L.*,

Plaintiff,

-against-

CITY OF NEW YORK, et al.,

Defendants.

25-CV-6022 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the parties' representation that they have reached a settlement (*see* Dkt. 42), all discovery deadlines are ADJOURNED *sine die*. The parties must file their infant compromise motion no later than **October 2, 2026**.

Dated: New York, New York
September 3, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**