USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/02/26

Application GRANTED. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**October 2, 2026**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

October 1, 2026

*Via ECF*

**MEMO ENDORSED**

The Honorable Barbara C. Moses
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Lopez, *et al.* v. City of New York, *et al.*, No. 25 CV 6022 (LAK)(BCM)**

Dear Magistrate Judge Moses:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, Steven Banks, attorney for the Defendants in the above-referenced action. With the consent of Plaintiffs' counsel, I write to respectfully request a 1-week extension of the deadline for the filing of a proposed Infant Compromise Order in this action.

As the Court is aware, the parties have reached a settlement in principle to resolve this matter. The Defendants' counsel has prepared settlement paperwork to memorialize this agreement, but due to recent absences and intervening obligations of persons in my office and of myself, as well as the particular attention required to review the settlement paperwork given the involvement of a minor, additional time is needed to authorize the provision of the settlement paperwork to Plaintiffs. Of course, Plaintiffs will also need some time to review the finalized documents before Plaintiffs' counsel then files any proposed Infant Compromise Order.

In light of these ongoing efforts to consummate the parties' settlement, I respectfully request a brief, 1-week extension, from October 2, 2026, to October 9, 2026, of the deadline for the submission of any proposed Infant Compromise Order.

This is the first request for such an extension. As noted above, Plaintiffs' counsel has graciously consented to this request.

I thank the Court for its consideration of this matter.

Respectfully yours,

*/s/ David S. Thayer*

David S. Thayer

cc: ***Via ECF***
All counsel of record